# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| ARECIBO COMMUNITY HEALTH CARE, INC. | CASE NO. 91-04594 (BKT) |
| **Debtor** | Chapter 7 |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES now Carlos E. Rodriguez Quesada, the Trustee of the above captioned case, and respectfully states:

Pursuant to the NOTICE FOR DISTRIBUTION, the Trustee has disbursed the amounts ordered. The following checks are still unclaimed:

**CLAIM # AMOUNT CLAIMANT**

| | | |
|---|---|---|
| 02 | $1,242.75 | Searle Caribbean |
| 10 | $5,286.39 | Upjohn International |
| 13 | $576.54 | 3M de PR |
| 14 | $3,506.64 | American Health Corp |
| 15 | $832.29 | Dust Control Services |
| 20 | $22,582.41 | Miles Overseas, Inc |
| 21 | $1063.40 | Adria Lab |
| 24 | $3,374.36 | Western Gas |
| 28 | $9,499.26 | Abbot Laboratories |

| | | |
|---|---|---|
| 39 | $1,542.49 | Borinquen Dairy Inc. |
| 41 | $7,473.87 | Universal Care |
| 43 | $11,224.43 | Liquid Air PR Corp. |
| 44 | $333.73 | CMR Distributors |
| 46 | $8,426.58 | Maracas Floor Care. |
| 47 | $56.30 | JJ Holcomb MGF Co |
| 48 | $1,626.75 | Pfizer Corporation |
| 258 | $957.33 | Hewlett Packard. |
| 282 | $50,757.09 | Departamento de Hacienda |
| 505 | $222.97 | John Velazquez Menendez |
| 515 | $379.66 | Silvia Rodriguez Jimenez |
| 554 | $274.09 | Juan Tirado Girona |
| 556 | $24.16 | Maria Viruet Serrano |
| 635 | $349.05 | María González |
| 657 | $405.36 | Gilberto Herrera Serrano. |
| 662 | $115.54 | Sarita Perez Acevedo |
| 664 | $236.36 | Irma Santiago Sanchez |
| 666 | $389.99 | Carlos Vargas de Jesus |
| 670 | $368.72 | Sonia Cuevas Lopez |
| 674 | $277.49 | Carmelo Velez Luciano |

More than ninety (90) days have elapsed since the declaration and distribution of the partial divided. Pursuant to the provisions of 11 U.S.C. §347, copy of check number

015010 for $133,406.00, payable to the Clerk U.S. Bankruptcy Court, is attached hereto.

The remaining balance on the account $6,137.47, are accrued interest payable to the debtor.

The original check is being hand delivered to the US Bankruptcy Court District of Puerto Clerk of Court. The claimants entitled thereto are as listed above, and that their addresses, as far as known, are given below. Payment to the debtor will be deliverer to debtor counsel Wallace Vazquez Sanabria.

**I HEREBY CERTIFY** that the foregoing motion was filed with the Clerk of the US Bankruptcy Court for the District of Puerto Rico electronically using the CM/ECF system, which automatically serves notification of the filing to the US Trustee's Office, PR, and all interest parties.

In San Juan, Puerto Rico this 27th day of January 2010.

/s/ **CARLOS E. RODRIGUEZ QUESADA**
**Trustee**
PO Box 9023115
San Juan, PR 00902-3115
t.(787)724-2867, f.(787)724-2463
cerqlaw@coqui.net