IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ARECIBO COMM HEALTH CARE INC
[RM]

XXX-XX4226

Debtor(s)

CASE NO. 91-04594 BKT
Chapter 7

FILED & ENTERED ON 6/13/11

ORDER

The application for payment of unclaimed funds to claimant, filed by Liquid Air PR Corp. a subsidiary of L'Air Liquide S.A., for the amount of $11,224.43 (docket entry #638) is hereby granted.

San Juan, Puerto Rico, this 13th day of June, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR
WALLACE VAZQUEZ SANABRIA
CARLOS RODRIGUEZ QUESADA
FINANCE DEPT.