```
                          United States Bankruptcy Court
                              District of Puerto Rico
In re:                                                          Case No. 91-04594-BKT
ARECIBO COMM HEALTH CARE INC [RM]                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: borregom              Page 1 of 1              Date Rcvd: Jun 13, 2011
                              Form ID: pdf002             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2011.
db        ARECIBO COMM HEALTH CARE INC [RM],    CALL BOX 1500 [RM],    Arecibo, PR   00613
tr        CARLOS xRODRIGUEZ QUESADA,    LAW OFFICE OF CARLOS RODRIGUEZ QUES,    P O BOX 9023115,
         SAN JUAN, PR   00902-3115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2011**          **Signature:** _/s/ Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ARECIBO COMM HEALTH CARE INC [RM]

XXX-XX4226

Debtor(s)

CASE NO. 91-04594 BKT

Chapter 7

FILED & ENTERED ON 6/13/11

ORDER

The application for payment of unclaimed funds to claimant, filed by Liquid Air PR Corp. a subsidiary of L'Air Liquide S.A., for the amount of $11,224.43 (docket entry #638) is hereby granted.

San Juan, Puerto Rico, this 13th day of June, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:  DEBTOR
    WALLACE VAZQUEZ SANABRIA
    CARLOS RODRIGUEZ QUESADA
    FINANCE DEPT.