IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ARECIBO COMM HEALTH CARE INC [RM]

XXX-XX4226

Debtor(s)

CASE NO. 91-04594 BKT

Chapter 7

**FILED & ENTERED ON 04/10/2015**

ORDER

The Motions Requesting Withdrawal of Unclaimed Funds filed by The Locator Services Group on behalf of Pfizer, Inc. (dockets #652 and #653) are hereby denied for failure to comply with the P.R. LBR 3011-1(b)(2) Procedure for Payment of Unclaimed Funds, and/or P.R. LBR 3011-1(b) (3) Service of the Motion.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10 day of April, 2015.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
WALLACE VAZQUEZ SANABRIA
CARLOS RODRIGUEZ QUESADA